ACCEPTED
14-15-00498-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 12:04:08 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00498-CR
NO. 14-15-00499-CR
IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 12:04:08 PM
CHRISTOPHER A. PRINE
Clerk

_____

**SCOTT NILES**

**V.**

**STATE OF TEXAS**
_____

On Appeal from the Criminal Court at Law # 14
Harris County, Texas
Trial Court No. 2018917/2018918
_____

**NILES' *FIRST* MOTION FOR EXTENSION OF TIME
TO FILE APPELLATE BRIEF**
_____

Scott Niles, through Neal Davis, files this first motion for an extension of time to file his brief, showing specifically:

1.      Appellant's brief is due October 12, 2015.

2.      Notice of appeal was filed on May 20, 2015. However, a timely motion for new trial was also filed. The state filed a response to this motion on July 20, 2015, and Niles responded on July 24, 2015. The trial court, after hearing arguments from both parties, denied the motion for new trial on July 27, 2015.

3.      This Court received the complete record on September 10, 2015, when both the clerk's and reporter's record was filed.

4.      Although this is a misdemeanor case the clerk's record spans over 200

pages and the reporter's record includes six volumes. Undersigned counsel has not had adequate time to review the record in this case.

4. In addition to several criminal docket settings virtually every day in the Harris County Criminal Justice Center, Undersigned has been working on and is currently working on the following cases:

A. Undersigned counsel had been set for trial Monday, October 6, 2015, in Hays County in the case State v. Mandola. The case was recently rescheduled but counsel had been preparing for the approaching trial.

B. Undersigned also had a sentencing hearing in State v. Charlie Wilson, in the 228th District Court, on September 28, 2015. This was a complex case and substantial preparation was required for the sentencing hearing.

Niles respectfully requests a 60 day extension to file his appellate brief.

Respectfully submitted,

NEAL DAVIS LAW FIRM, PLLC


_____/S/_____

Neal Davis
Texas Bar No. 24001117
917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone:    (713) 227-4444
Facsimile:    (800) 760-7140
LAWYER FOR APPELLANT

2

## CERTIFICATE OF SERVICE

I certify that a copy of **Niles' FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF** has been delivered via the e-file system to Harris County Assistant District Attorney Alan Curry on October 6, 2015.

_____/s/_____

Neal Davis

NO.  14-15-00498-CR
NO.  14-15-00499-CR
IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

_____

**SCOTT NILES**

**V.**

**STATE OF TEXAS**

_____

On Appeal from the Criminal Court at Law # 14
Harris County, Texas
Trial Court No. 2018917/2018918

_____

**ORDER**

_____

Upon considering **Niles' *FIRST* MOTION FOR EXTENSION OF TIME**

**TO FILE APPELLATE BRIEF** —

*It is ordered* GRANTED.

Appellant's brief is due on _____.

Signed _____, 2015.


_____
JUDGE PRESIDING